Merrell v. State ................ 49A04–
1604–CR–
710     12/02/2016  SHARPNACK, Sr.J.  Affirmed
BAKER, J.        Concurs
BRADFORD, J.    Concurs